# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JULIO CESAR REVOLORIO RAMOS<br><br>*Defendant(s)* | Case No. 1:12-MJ-565 |

FILED
SEP - 4 2012

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Jan 2009, June 2010 - Aug 2010  in the county of  Fairfax  in the
  Eastern   District of   Virginia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2423 | In and around January 2009, and between in and around June 2010 and in and around August 2010, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, JULIO CESAR REVOLORIO RAMOS knowingly transported E.A., a person who had not attained the age of 18 years, in interstate commerce, with the intent that E.A. engage in prostitution, in violation of Title 18, United States Code, Section 2423. |

This criminal complaint is based on these facts:
See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*
Brendan Shelley, DHS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 4, 2012

_____/s/_____
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state:   Alexandria, Virginia     Honorable John F. Anderson, - U.S. Magistrate Judge
*Printed name and title*